MERRIAM, Respondent, v. MOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Delia B. Merriam against John W. Moyer and another. No opinion. Judgment affirmed, with costs.

MESSIMER, Appellant, v. NEW YORK DOCK CO., Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Onslow W. Messimer against the New York Dock Company. J. K. M. Ewing, of White Plains, for appellant. E. J. Mastaglio, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MEYER, Appellant, v. BATTLE et al., Respondents. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Anna Meyer, as administratrix, etc., against George Gordon Battle and others. J. T. Canavan, of New York City, for appellant. H. C. Smyth, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MIDTOWN CONTRACTING CO. v. GOLD-STICKER et al. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Appeal from Special Term, New York County. Action by the Midtown Contracting Company against Louis Goldsticker and others. From an order denying a motion to compel defendants to serve a bill of particulars of their claims, plaintiff appeals. Reversed, and motion granted in part. George Hahn, of New York City, for appellant. William Goldsticker, of New York City, for respondents.

PER CURIAM. The order appealed from is reversed, and the motion for a bill of particulars granted, to the extent of requiring defendant to furnish particulars of the amounts claimed to have been paid to or on behalf of plaintiff over and above the amounts admitted by plaintiff as alleged in paragraph 10 of the complaint, and also of the sums claimed to have been paid by defendant to complete the work left uncompleted by plaintiff, without costs to either party in this court or at Special Term. Settle order on notice.

MILLS et al., Respondents, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Alexander H. Mills and others against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.

MIODOWNICK v. HOROWITZ. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Morris Miodownick against Jacob Horowitz. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MISHKIN, Respondent, v. WEISBERGER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Natty Mishkin against Moritz Weisberger and others. M. A. Elias, of New York City, for appellants. W. Frank, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re MITCHELL. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) In the matter of the application of Julius L. Mitchell, an attorney and counselor of Rhode Island, for permission to practice law in the state of New York. No opinion. Application granted.

MORLEY, Respondent, v. LEMKAU, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) Action by William Morley against August J. Lemkau. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re MORRIS & CUMINGS DREDGING CO. In re LEARY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of the Morris & Cumings Dredging Company. In the matter of James D. Leary, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MORSE & ROGERS v. MERETZKY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Morse & Rogers against Morris Meretzky. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MOSES v. KELLY. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by G. Arnold Moses against William J. Kelly. No opinion. Motion granted, with $10 costs. Order filed.

MOSSON, Respondent, v. HAFF, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Maximilian Mosson against Raymond C. Haff. R. C. Haff, of Amityville, pro se. E. M. Otterbourg, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

MOTOR FINANCE CO., Appellant, v. CASUALTY CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Motor Finance Company against the Casualty Company of America. H. S. Mansfield, of New York City, for appellant. M. D. Steuer, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.